AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00272-NODJ-BAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Startop Investments, LLC was received by me on *(date)* Mar 7, 2024, 9:40 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chelsea Bowen (registered agent clerk) on individual authorized to accept as registered agent , who is designated by law to accept service of process on behalf of *(name of organization)* Startop Investments, LLC on *(date)* Mon, Mar 11 2024 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0.00 for travel and $ 241.90 for services, for a total of $ $241.90.

I declare under penalty of perjury that this information is true.

Date: March 14, 2024

*Server's signature*

Dustin Looper, On Behalf of: (OnDemand Legal, Inc., RPS Corp Reg. No.: 2021-23, Sacramento County)

*Printed name and title*

901 H Street Suite 107, Sacramento, CA 95814

*Server's address*

Additional information regarding attempted service, etc.:
Summons; Complaint; Civil Case Cover Sheet; Corporate Disclosure Statement; Order of Temporary Reassignment to no District Court Judge (NODJ); Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appel Instructions; Magistrate Judge Consent; Order Setting MSC; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271

1) Successful Attempt: Mar 11, 2024, at 30 N Gould St Ste. R, Sheridan, WY 82801 received by Startop Investments, LLC, by sering Registered Agents Inc., by serving Chelsea Bowen (registered agent clerk) on individual authorized to accept as registered agent at 30 N Gould St Ste. R, Sheridan, WY, 82801.

ODL: 257825