DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
JOSHUA DALAVAI (Bar No. 339840)
jdalavai@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Plaintiff, STARTOP SPV - LONG ANGLE INVESTMENTS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STARTOP SPV - LONG ANGLE INVESTMENTS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STARTOP INVESTMENTS, LLC, a Wyoming limited liability company; ANDREW ADLER, an individual; DAVID HARDCASTLE, an individual,<br><br>　　　　Defendants. | Case No. 1:24−CV−00272−KES−BAM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO WAIVE FORMAL SERVICE OF SUMMONS ON MODIFIED TERMS**<br><br>*Filed concurrently with JOINT STIPULATION TO WAIVE FORMAL SERVICE OF SUMMONS ON MODIFIED TERMS*<br><br>Judge:　Hon. Kirk E. Sherriff<br>Magistrate Judge: Hon. Barbara A. McAuliffe |

On March 22, counsel for Plaintiff filed a waiver of the service of summons signed by counsel for Defendant David Hardcastle. (Doc. 5.) The same day, Plaintiff filed a stipulation to waive formal service of summons for Defendant Hardcastle. (Doc. 6.)

The Court having reviewed the Joint Stipulation to Waive Formal Service of Summons on Modified Terms among Plaintiff STARTOP SPV - LONG ANGLE INVESTMENTS LLC and Defendant DAVID HARDCASTLE, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. Plaintiff will waive formal service of summons on DAVID HARDCASTLE and provide to him, through counsel, a Waiver of the Service of Summons and all accompanying documents as required by law; and

2. DAVID HARDCASTLE will have 30 days to respond to the Complaint beginning on March 22, 2024.

IT IS SO ORDERED.

Dated: __March 25, 2024__        /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE