1  DOWNEY BRAND LLP
   JAMIE P. DREHER (Bar No. 209380)
2  jdreher@downeybrand.com
   JOSHUA DALAVAI (Bar No. 339840)
3  jdalavai@downeybrand.com
   621 Capitol Mall, 18th Floor
4  Sacramento, California 95814
   Telephone:	916.444.1000
5  Facsimile:	916.444.2100

6  Attorneys for Plaintiff, STARTOP SPV - LONG
   ANGLE INVESTMENTS LLC
7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| STARTOP SPV - LONG ANGLE INVESTMENTS LLC, | Case No. 1:24−CV−00272−KES−BAM |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO MODIFY DEADLINE TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER GRANTING SAME (L.R. 143(b))** |
| v. | |
| STARTOP INVESTMENTS, LLC, a Wyoming limited liability company; ANDREW ADLER, an individual; DAVID HARDCASTLE, an individual, | Judge:   Hon. Kirk E. Sherriff |
| Defendants. | |

**RECITALS**

WHEREAS Plaintiff STARTOP SPV – LONG ANGLE INVESTMENTS LLC ("Plaintiff") filed a Complaint against Defendants STARTOP INVESTMENTS, LLC, ANDREW ADLER, and DAVID HARDCASTLE on March 4, 2024.

WHEREAS Summons for the Complaint was issued by this Court on March 5, 2024.

WHEREAS Plaintiff immediately thereafter initiated attempts to personally serve summons upon all defendants.

WHEREAS Plaintiff and counsel for each Defendant have since discussed a coordinated time for all Defendants to respond to the Complaint.

///

# STIPULATION

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants STARTOP INVESTMENTS, LLC, ANDREW ADLER, and DAVID HARDCASTLE through their counsel of record that:

1. Each Defendant will respond to the Complaint no later than May 6, 2024.

2. This Stipulation shall supersede any prior stipulations or portions thereof between the parties pertaining to a date to respond to the Complaint.

DATED: April 8, 2024    **DOWNEY BRAND LLP**

By: /s/ Jamie P. Dreher
JAMIE P. DREHER
Attorneys for Plaintiff, STARTOP SPV - LONG ANGLE INVESTMENTS LLC

DATED: April 8, 2024    **KELLER BENVENUTTI KIM LLP**

By: /s/ Jane Kim (as authorized on April 4, 2024)
JANE KIM
Attorneys for Defendant, STARTOP INVESTMENTS, LLC

DATED: April 8, 2024    **ILLOVSKY & CALIA LLP**

By: /s/ Kevin Calia (as authorized on April 4, 2024)
KEVIN CALIA
Attorneys for Defendant, ANDREW ADLER

| | |
|---|---|
| DATED: April 8, 2024 | **HAMMERSCHMIDT LAW CORPORATION** |
| | By: /s/ Jeffrey T. Hammerschmidt (as authorized on April 4, 2024) |
| | JEFFREY T. HAMMERSCHMIDT |
| | Attorneys for Defendant, DAVID HARDCASTLE |

**ORDER**

Pursuant to the parties' stipulation, and cause appearing, each Defendant will respond to the Complaint no later than May 6, 2024.

IT IS SO ORDERED.

Dated: **April 8, 2024**     /s/ Barbara A. McAuliffe
             UNITED STATES MAGISTRATE JUDGE

DOWNEY BRAND LLP