DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
JOSHUA DALAVAI (Bar No. 339840)
jdalavai@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for STARTOP SPV - LONG ANGLE INVESTMENTS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STARTOP SPV - LONG ANGLE INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>STARTOP INVESTMENTS, LLC, a Wyoming limited liability company; ANDREW ADLER, an individual; DAVID HARDCASTLE, an individual; VOYAGER PACIFIC CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; 2112, LLC, a Delaware limited liability company; PREMIER PROPERTY MANAGEMENT GROUP, a Connecticut limited liability company; CARTER COONS, as trustee of the 29 MALLARD TRUST; and DAVID HARDCASTLE and LAURA SOLANGE HARDCASTLE, as trustees of the HARDCASTLE FAMILY TRUST,<br><br>Defendants. | Case No. 1:24−CV−00272−KES−BAM<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

**Startop SPV-Long Angle Investments LLC v. Startop Investments, LLC**
**Case No. 1:24−CV−00272−KES−BAM**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of . My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

On April 22, 2024, I served true copies of the following document(s) described as **FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address lcortez@downeybrand.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 22, 2024, at Sacramento, California.

*/s/ Linda Cortez*

Linda Cortez

**SERVICE LIST**
**Startop SPV-Long Angle Investments LLC v. Startop Investments, LLC**
Case No. 1:24−CV−00272−KES−BAM

Jane Kim
KELLER BENVENUTTI KIM LLP
425 Market St 26th Floor
San Francisco, CA 94105
Tel: 415.496.6723
jkim@kbkllp.com

*Attorneys for Defendant, STARTOP INVESTMENTS, LLC*

Jeffrey T. Hammerschmidt
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Ste. 215
Fresno, CA 93721
Tel: (559) 233-5333
jeff@hammerlawcorp.com

*Attorneys for Defendant, DAVID HARDCASTLE*

Kevin Calia
ILLOVSKY & CALIA LLP
1611 Telegraph Avenue, Suite 806
Oakland, California 94612
Tel: 415.500.6640
kevin@illovskycalia.com

*Attorneys for Defendant, ANDREW ADLER*