DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
JOSHUA DALAVAI (Bar No. 339840)
jdalavai@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:     916.444.2100

Attorneys for Plaintiff, STARTOP SPV - LONG ANGLE INVESTMENTS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STARTOP SPV - LONG ANGLE INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>STARTOP INVESTMENTS, LLC, a Wyoming limited liability company; ANDREW ADLER, an individual; DAVID HARDCASTLE, an individual, VOYAGER PACIFIC CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; 2112, LLC, a Delaware limited liability company; PREMIER PROPERTY MANAGEMENT GROUP, a Connecticut limited liability company; CARTER COONS, as trustee of the 29 MALLARD TRUST; and DAVID HARDCASTLE and LAURA SOLANGE HARDCASTLE, as trustees of the HARDCASTLE FAMILY TRUST,<br><br>Defendants. | Case No. 1:24−CV−00272−KES−BAM<br><br>**JOINT STIPULATION TO MODIFY DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>*Filed concurrently with [PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT*<br><br>Judge:    Hon. Kirk E. Sherriff |

**RECITALS**

WHEREAS Plaintiff STARTOP SPV – LONG ANGLE INVESTMENTS LLC ("Plaintiff") filed a Complaint against Defendants STARTOP INVESTMENTS, LLC ("Startop"), ANDREW ADLER, and DAVID HARDCASTLE on March 4, 2024.

4124746.1

STIPULATION AND [PROPOSED] ORDER

1   WHEREAS Summons for the Complaint was issued by this Court on March 5, 2024.

2   WHEREAS Plaintiff and counsel for each Defendant discussed a coordinated time for all
3   Defendants to respond to the Complaint, which was the subject of a stipulation and order setting a
4   May 6, 2024 response date. (ECF No. 12.)

5   WHEREAS, on April 22, 2024, Plaintiff filed a First Amended Complaint adding new
6   defendants and new claims, including a federal securities claim under Section 10(b), 15 U.S.C. §
7   78j(b).

8   WHEREAS Defendants Startop, Adler, and Hardcastle requested additional time to evaluate
9   the new claims and confer with Plaintiff about the arguments they intend to make in motions to
10  dismiss the First Amended Complaint.

11  WHEREAS Plaintiff agreed to give Defendants Startop, Adler, and Hardcastle until May 20,
12  2024 to file their motions to dismiss the First Amended Complaint and these defendants agreed that
13  they will not seek a further extension of time to file their motions to dismiss the First Amended
14  Complaint.

15  WHEREAS Defendants intend to file motions to dismiss the First Amended Complaint and
16  have agreed to set the hearings for those motions on the Court's calendar for June 24, 2024.

17                                            **STIPULATION**

18  THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants
19  STARTOP INVESTMENTS, LLC, ANDREW ADLER, and DAVID HARDCASTLE through
20  their counsel of record that:

21  1.   Defendants Startop, Adler, and Hardcastle will file their motions to dismiss the First
22  Amended Complaint no later than May 20, 2024.

23  2.   Defendants Startop, Adler, and Hardcastle will not seek a further extension of the
24  deadline to file their motions to dismiss the First Amended Complaint.

25  3.   The time for these defendants to answer the First Amended Complaint is extended
26  pending the Court's consideration of the motions to dismiss.

27  4.   The hearing date for the Defendants' motions to dismiss the First Amended
28  Complaint shall be set for June 24, 2024.

DOWNEY BRAND LLP

| | |
|---|---|
| DATED:  May 1, 2024 | **DOWNEY BRAND LLP** |

By: _____/s/ Jamie P. Dreher_____
JAMIE P. DREHER
Attorneys for Plaintiff, STARTOP SPV - LONG ANGLE INVESTMENTS LLC

DATED:  May 1, 2024                **KELLER BENVENUTTI KIM**

By: _____/s/ Jane Kim (as authorized on 5/1/24)_____
JANE KIM
Attorneys for Defendant, STARTOP INVESTMENTS, LLC

DATED:  May 1, 2024                **ILLOVSKY & CALIA LLP**

By: _____/s/ Kevin Calia (as authorized on 5/1/24)_____
KEVIN CALIA
Attorneys for Defendant, ANDREW ADLER

DATED:  May 1, 2024                **HAMMERSCHMIDT LAW CORPORATION**

By: _____/s/ Jeffrey T. Hammerschmidt (as authorized on 5/1/24)_____
JEFFREY T. HAMMERSCHMIDT
Attorneys for Defendant, DAVID HARDCASTLE

**ORDER**

Pursuant to the parties' stipulation, and cause appearing, Defendants Startop Investments, LLC, Andrew Adler, and David Hardcastle will file their motions to dismiss the First Amended Complaint no later than May 20, 2024. 1. The time for these defendants to answer the First Amended Complaint is extended pending the Court's consideration of the motions to dismiss.  The hearing date for Defendants' motions to dismiss shall be set for June 24, 2024.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        UNITED STATES MAGISTRATE JUDGE