DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
JOSHUA DALAVAI (Bar No. 339840)
jdalavai@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Plaintiff, STARTOP SPV - LONG ANGLE INVESTMENTS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STARTOP SPV - LONG ANGLE INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>STARTOP INVESTMENTS, LLC, a Wyoming limited liability company; ANDREW ADLER, an individual; DAVID HARDCASTLE, an individual, VOYAGER PACIFIC CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; 2112, LLC, a Delaware limited liability company; PREMIER PROPERTY MANAGEMENT GROUP, a Connecticut limited liability company; CARTER COONS, as trustee of the 29 MALLARD TRUST; and DAVID HARDCASTLE and LAURA SOLANGE HARDCASTLE, as trustees of the HARDCASTLE FAMILY TRUST,<br><br>Defendants. | Case No. 1:24−CV−00272−KES−BAM<br><br>**JOINT STIPULATION TO MODIFY DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>*Filed concurrently with [PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT*<br><br>Judge:    Hon. Kirk E. Sherriff |

## RECITALS

WHEREAS Plaintiff STARTOP SPV – LONG ANGLE INVESTMENTS LLC ("Plaintiff") filed a Complaint against Defendants STARTOP INVESTMENTS, LLC ("Startop"), ANDREW ADLER, and DAVID HARDCASTLE on March 4, 2024.

1    WHEREAS Summons for the Complaint was issued by this Court on March 5, 2024.

2    WHEREAS Plaintiff and counsel for each Defendant discussed a coordinated time for all
3    Defendants to respond to the Complaint, which was the subject of a stipulation and order setting a
4    May 6, 2024 response date. (ECF No. 12.)

5    WHEREAS, on April 22, 2024, Plaintiff filed a First Amended Complaint adding new
6    defendants and new claims, including a federal securities claim under Section 10(b), 15 U.S.C. §
7    78j(b).

8    WHEREAS Defendants Startop, Adler, and Hardcastle requested additional time to evaluate
9    the new claims and confer with Plaintiff about the arguments they intend to make in motions to
10   dismiss the First Amended Complaint.

11   WHEREAS Plaintiff agreed to give Defendants Startop, Adler, and Hardcastle until May 20,
12   2024 to file their motions to dismiss the First Amended Complaint and these defendants agreed that
13   they will not seek a further extension of time to file their motions to dismiss the First Amended
14   Complaint.

15   WHEREAS Defendants intend to file motions to dismiss the First Amended Complaint and
16   have agreed to set the hearings for those motions on the Court's calendar for June 24, 2024.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants STARTOP INVESTMENTS, LLC, ANDREW ADLER, and DAVID HARDCASTLE through their counsel of record that:

1.   Defendants Startop, Adler, and Hardcastle will file their motions to dismiss the First Amended Complaint no later than May 20, 2024.

2.   Defendants Startop, Adler, and Hardcastle will not seek a further extension of the deadline to file their motions to dismiss the First Amended Complaint.

3.   The time for these defendants to answer the First Amended Complaint is extended pending the Court's consideration of the motions to dismiss.

4.   The hearing date for the Defendants' motions to dismiss the First Amended Complaint shall be set for June 24, 2024.

| | | |
|---|---|---|
| DATED: May 2, 2024 | | **DOWNEY BRAND LLP** |
| | By: | /s/ Jamie P. Dreher |
| | | JAMIE P. DREHER |
| | | Attorneys for Plaintiff, STARTOP SPV - LONG ANGLE INVESTMENTS LLC |
| DATED: May 2, 2024 | | **KELLER BENVENUTTI KIM** |
| | By: | /s/ Jane Kim (as authorized on 5/1/24) |
| | | JANE KIM |
| | | Attorneys for Defendant, STARTOP INVESTMENTS, LLC |
| DATED: May 2, 2024 | | **ILLOVSKY & CALIA LLP** |
| | By: | /s/ Kevin Calia (as authorized on 5/1/24) |
| | | KEVIN CALIA |
| | | Attorneys for Defendant, ANDREW ADLER |
| DATED: May 2, 2024 | | **HAMMERSCHMIDT LAW CORPORATION** |
| | By: | /s/ Jeffrey T. Hammerschmidt (as authorized on 5/1/24) |
| | | JEFFREY T. HAMMERSCHMIDT |
| | | Attorneys for Defendant, DAVID HARDCASTLE |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendants Startop Investments, LLC, Andrew Adler, and David Hardcastle shall file their motions to dismiss the First Amended Complaint no later than **May 20, 2024**.  The time for these defendants to answer the First Amended Complaint is extended pending the Court's consideration of the motions to dismiss.

IT IS SO ORDERED.

Dated:   **May 2, 2024**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE