| ATTORNEY OR PARTY WITHOUT ATTORNEY | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| DOWNEY BRAND LLP<br>JAMIE P. DREHER – SBN 209380<br>JOSHUA P. DALAVAI – SBN 339840<br>621 CAPITOL MALL, 18TH FLOOR<br>SACRAMENTO, CALIFORNIA 95814<br>ATTORNEY FOR (NAME): Plaintiff, STARTOP SPV – LONG ANGLE INVESTMENTS, LLC | (916) 444-1000 | |

NAME AND ADDRESS OF COURT:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA | FRESNO DIVISION
501 I STREET, SUITE 15-220
SACRAMENTO, CALIFORNIA 95814

PLAINTIFF(S): STARTOP SPV – LONG RANGE ANGLE INVESTMENTS LLC

DEFENDANT(S): STARTOP INVESTMENTS, LLC, a Wyoming limited liability company, et al..

| RETURN OF SERVICE (Federal) | DATE: | TIME: | DEPT./DIV.: | CASE NO: 1:24-CV-00272-KES-BAM |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:*
SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT; CIVL CASE COVER SHEET; CORPORATE DISCOLURE STATEMENT OF PLAINTIFF STARTOP SPV – LONG RANGE INVESTMENTS LLC; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; ORDER OF REASSIGNMENT; ORDER OF TEMPORARY REASSIGNMENT TO NO DISTRICT COURT JUDGE (NODJ); STANDING ORDER IN CIVIL CASES; NOTICE OF AVAILABILITY OF A MGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; MAGISTRATE JUDGE CONSENT IN CIVIL CASES; CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION; NOTICE OF AVAILABILITY – VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271;

2. a. *Party Served:* VOYAGER PACIFIC CAPITAL MANAGEMENT, LLC

   b. *Person Served:* JASMINE GARY, INTAKE SPECIALIST | BUSINESS FILINGS INCORPORATED, AGENT FOR SERVICE OF PROCESS

   c. *Address:* 1200 SOUTH PINE ISLAND ROAD
   PLANTATION, FLORIDA 33324

3. *I served the party named in item 2*
   a. By Personal Service. On *(date)*: 05/02/2024 at *(time)*: 9:10 AM, I left the documents listed in item 1 with or in the presence of: JASMIN GARY, INTAKE SPECIALIST | BUSINESS FILINGS INCOROPRATED, AGENT FOR SERVICE

*Person Serving:*
FRANCES DIXON | F.E.D. PROCESS SERVERS
**THE OFFICE OF DARIN FRAZIER, RPS**
P.O. Box 693461
Stockton, California 95269-3461
Tel – 209.688.8574
Web: WWW.DARINFRAZIER.COM

a. *Fee for service:* $ 175.00
d. Florida Registered Process Server
   (1) Independent Contractor
   (2) Registration No.: 620
   (3) County: BROWARD COUNTY, FL

XX I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Date: MAY 5, 2024     Signature: *Frances Dixon*

Case 1:24-cv-00272-KES-BAM   Document 19   Filed 05/10/24   Page 1 of 1