**UNITED STATES DISTRICT COURT**
**Eastern District of California**


*249675*

**AFFIDAVIT OF SERVICE**

Index no : **1:24-cv-00272-KES-BAM**

**Startop SPV-Long Angle Investments LLC**

        Plaintiff(s),

vs.

**Startop Investments LLC, et al**

        Defendant(s).
_____/

**STATE OF CONNECTICUT**
                       **ss: East Hartford**
**HARTFORD COUNTY**

**Sandra Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **05/01/2024** at **1:56 PM**, I served the within **Summons in a Civil Action, First Amended Complaint Jury Demand, Notice of Availability Voluntary Dospute Resolution, Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program(VDRP) Pursuant to Local Rule 271, Order of Tempororary Reassignment to No District court Judge(NODJ),Civil Case Cover Sheet, Instructions for Attorneys Completing Civil Cover Sheet Form JS 44, Magistrate Judge Consent in Civil Cases: Know your Rights, Notice of Availability of a Magistrate Judge To Exercise Jurisdiction and Appeal Instructions, Consent/Decline of U.S. Magistrate judge Jurisdiction, Corporate Disclosure Sttement of Plaintiff Startop SPV-Long Angle Investments LLC, Order Setting Mandatory Scheduling Conference, Order of REassignment, Standing Order in Civil Cases** on **Premier Property Managemnt Group LLC** at c/o Registered Agents Inc., Reg. Agent, 2389 Main Street, Ste 100, Glastonbury, CT 06033 in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Donna Burke, Authorized Administrator** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Premier Property Managemnt Group LLC**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **White** | **Gray** | **50** | **5'7"** | **160** |
| Other Features: | | | | | |

Sworn to and subscribed before me on
May 02, 2024
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X_____
Sandra Yade
Darin Frazier, RPS/Litigation Support Services
PO Box 693461
Stockton, CA 95269-3461
209-688-8574
Atty File#:

**AMY J. CHANTRY**
*NOTARY PUBLIC*
My Commission Expires Mar. 31, 2028