| ATTORNEY OR PARTY WITHOUT ATTORNEY | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| DOWNEY BRAND LLP<br>JAMIE P. DREHER – SBN 209380<br>JOSHUA P. DALAVAI – SBN 339840<br>621 CAPITOL MALL, 18TH FLOOR<br>SACRAMENTO, CALIFORNIA 95814 | (916) 444-1000 | |

ATTORNEY FOR (NAME): Plaintiff, STARTOP SPV – LONG ANGLE INVESTMENTS, LLC

NAME AND ADDRESS OF COURT:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA | FRESNO DIVISION
501 I STREET, SUITE 15-220
SACRAMENTO, CALIFORNIA 95814

PLAINTIFF(S): STARTOP SPV – LONG RANGE ANGLE INVESTMENTS LLC

DEFENDANT(S): STARTOP INVESTMENTS, LLC, a Wyoming limited liability company, et al..

| **RETURN OF SERVICE**<br>*(Federal)* | DATE: | TIME: | DEPT./DIV.: | CASE NO:<br>**1:24-CV-00272-KES-BAM** |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:*
   SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT; CIVL CASE COVER SHEET; CORPORATE DISCOLURE STATEMENT OF PLAINTIFF STARTOP SPV – LONG RANGE INVESTMENTS LLC; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; ORDER OF REASSIGNMENT; ORDER OF TEMPORARY REASSIGNMENT TO NO DISTRICT COURT JUDGE (NODJ); STANDING ORDER IN CIVIL CASES; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; MAGISTRATE JUDGE CONSENT IN CIVIL CASES; CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION; NOTICE OF AVAILABILITY – VOLUNTARY DISPUTE RESOLUTION; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271;

2. a. Party Served: 2112, LLC

   b. Person Served: JASON NALLY | CORPORATION SERVICE COMPANY, AGENT FOR SERVICE OF PROCESS

   c. Address: 251 LITTLE FALLS DRIVE
      WILMINGTON, DELAWARE 19808

3. *I served the party named in item 2*
   a. By Personal Service. On *(date)*: 05/02/2024 at *(time):* 2:11 PM, I left the documents listed in item 1 with or in the presence of: JASON NALLY | CORPORATION SERVICE COMPANY, AGENT FOR SERVICE OF PROCESS

*Person Serving:*
JAVIER IGNACIO | DELAWARE LEGAL
**THE OFFICE OF DARIN FRAZIER, RPS**
P.O. Box 693461
Stockton, California 95269-3461
Tel – 209.688.8574
Web: WWW.DARINFRAZIER.COM

a. *Fee for service:* $ 175.00
d. Delaware Licensed Private Investigators
   (1) Independent Contractor
   (2) License No.: 19-219-C
   (3) County: N/A

XX I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Date: MAY 5, 2024          Signature: _____