ILLOVSKY & CALIA LLP
Eugene Illovsky (Cal. Bar No. 117892)
eugene@illovskycalia.com
Kevin Calia (Cal. Bar No. 227406)
kevin@illovskycalia.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

*Attorneys for Defendant Andrew Adler*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARTOP SPV - LONG ANGLE INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>STARTOP INVESTMENTS, LLC, a Wyoming limited liability company; ANDREW ADLER, an individual; DAVID HARDCASTLE, an individual; VOYAGER PACIFIC CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; 2112, LLC, a Delaware limited liability company; PREMIER PROPERTY MANAGEMENT GROUP, a Connecticut limited liability company; CARTER COONS, as trustee of the 29 MALLARD TRUST; and DAVID HARDCASTLE and LAURA SOLANGE HARDCASTLE, as trustees of the HARDCASTLE FAMILY TRUST,<br><br>Defendants. | Case No. 1:24−CV−00272−JLT−BAM<br><br>**STIPULATION TO SUBSTITUTE PARTY AND ORDER** |

The parties to this action, by and through their respective attorneys of record, stipulate and agree as follows:

WHEREAS Carter Coons, as trustee of the 29 Mallard Trust, was named as a defendant when the Amended Complaint was filed on April 22, 2024;

WHEREAS Carter Coons had resigned on March 11, 2024 as the trustee of the 29 Mallard Trust;

WHEREAS Bo Keuleers is now the trustee of the 29 Mallard Trust and therefore is substituted as a defendant in this action in place of defendant Carter Coons; and

WHEREAS, Ms. Keuleers agrees to accept service of the Amended Complaint and hereby does accept service as of the date of the Court's Order on this Stipulation without waiving any defenses, including the defense that the Court lacks personal jurisdiction over her,

IT IS HEREBY STIPULATED that Ms. Keuleers accepts service of the Amended Complaint (ECF No. 13) filed in this action and has until and including August 22, 2024 to respond to the Amended Complaint.

Dated:  July 12, 2024

DOWNEY BRAND LLP
JAMIE P. DREHER

 _/s/ Jamie P. Dreher_____
Jamie P. Dreher

Attorneys for Plaintiff

Dated:  July 15, 2024

ILLOVSKY & CALIA LLP
EUGENE ILLOVSKY
KEVIN CALIA

 __/s/ Eugene Illovsky_____
Eugene Illovsky

Attorneys for Defendants
Andrew Adler and Bo Keuleers, as trustee of the 29 Mallard Trust

| | |
|---|---|
| Dated:  July 15, 2024 | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>JAMES THOMPSON<br><br> /s/ James Thompson<br>James Thompson<br><br>Attorneys for Defendants<br>David Hardcastle, Voyager Pacific Capital Management, LLC, Premier Property Management Group, 2112, LLC, and Laura Solange Hardcastle, as trustee of the Hardcastle Family Trust |
| Dated:  July 15, 2024 | BENVENUTTI KIM LLP<br>TRACI SHAFROTH<br><br> /s/ Traci Shafroth<br>Traci Shafroth<br><br>Attorneys for Defendant<br>Startop Investments, LLC |

**ORDER**

Having reviewed the stipulation of the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that defendant Carter Coons, as trustee of the 29 Mallard Trust, is no longer a party to this action, and that Bo Keuleers, as trustee of the 29 Mallard Trust, is substituted as a defendant in this action in place of Carter Coons.  Ms. Keuleers shall have until August 22, 2024 to respond to the Amended Complaint (ECF No. 13) filed in this action.

IT IS SO ORDERED.

Dated:  **July 16, 2024**         /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE