1  DOWNEY BRAND LLP
   JAMIE P. DREHER (Bar No. 209380)
2  jdreher@downeybrand.com
   JOSHUA DALAVAI (Bar No. 339840)
3  jdalavai@downeybrand.com
   621 Capitol Mall, 18th Floor
4  Sacramento, California 95814
   Telephone:   916.444.1000
5  Facsimile:   916.444.2100

6  Attorneys for Plaintiff, STARTOP SPV - LONG
   ANGLE INVESTMENTS LLC
7

8  BENESCH, FRIEDLANDER, COPLAN & ARONOFF
   JAMES THOMPSON (Bar No. 240979)
9  jimthompson@beneschlaw.com
   100 Pine Street, Suite 3100
10 San Francisco, CA 94111
   Telephone:   628.600.2250
11 Facsimile:   628.221.5828

12 Attorneys for Defendants, Voyager Pacific
   Capital Management, LLC; Premier Property
13 Management Group, LLC; 2112, LLC; and David
   Hardcastle and Laura Solange Hardcastle, as
14 trustees of the Hardcastle Family Trust

15

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STARTOP SPV - LONG ANGLE INVESTMENTS LLC, | Case No. 1:24−CV−00272−KES−BAM |
| Plaintiff, | [**PROPOSED**] ORDER ON STIPULATION TO SUBSTITUTE PARTY |
| v. | |
| STARTOP INVESTMENTS, LLC, a Wyoming limited liability company; ANDREW ADLER, an individual; DAVID HARDCASTLE, an individual; VOYAGER PACIFIC CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; 2112, LLC, a Delaware limited liability company; PREMIER PROPERTY MANAGEMENT GROUP, a Connecticut limited liability company; CARTER COONS, as trustee of the 29 MALLARD TRUST; and DAVID HARDCASTLE and LAURA SOLANGE HARDCASTLE, as trustees of the | Judge:   Hon. Jennifer L. Thurston |

4559670.1

1  HARDCASTLE FAMILY TRUST,
2          Defendants.
3
4
5        Having reviewed the Stipulation of the parties, and finding good cause therefor,
6        IT IS HEREBY ORDERED that Defendant 2112, LLC, a Delaware limited liability
7  company, is no longer a party to this action, and Defendant 2112, LLC, a Wyoming limited liability
8  company is substituted as a defendant in its place.
9
10 IT IS SO ORDERED.
11    Dated:   **January 31, 2025**                                 /s/ Jennifer L. Thurston
12                                                    UNITED STATES DISTRICT JUDGE